UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN CLARK, III, and
MICHAEL R. WRIGHT,

    Plaintiffs,

v.                                                  CASE NO. 8:25-cv-3536-JLB-LSG

SERGEANT RACHEL ROCK, *et al.*,

    Defendants.
_____/

## ORDER

Plaintiffs John Clark, III, and Michael R. Wright are prisoners incarcerated at Avon Park Correctional Institution who initiated this action, *pro se*, by filing a single complaint under 42 U.S.C. § 1983 (Doc. 1). The complaint is signed only by Plaintiff Clark (*Id*. at 11). Plaintiffs' application to proceed *in forma pauperis* (Doc. 2) likewise is signed solely by Plaintiff Clark and includes only his prison bank statement information. Plaintiffs allege that they were subjected to excessive force, false disciplinary action, and inadequate medical care.

**Discussion**

The complaint must be dismissed without prejudice. First, the Prison Litigation Reform Act of 1995 (PLRA) prohibits multiple prisoners from avoiding payment of a filing fee by joining claims in a single case. *Hubbard v. Haley*, 262 F.3d

1

1194, 1198 (11th Cir. 2001). Thus, to comply with the PLRA, each prisoner must file a separate action in which he is responsible for the full filing fee. *See id.* (upholding district court's dismissal of lawsuit wherein the multiple-prisoner plaintiffs sought to proceed together *in forma pauperis*). Second, only Plaintiff Clark signed the complaint. He may not represent the interests of Plaintiff Wright, who is attempting to proceed in this action. *See Massimo v. Henderson*, 468 F.2d 1209, 1210 (5th Cir. 1972) (per curiam) (affirming dismissal of the portion of a prisoner's complaint that sought relief on behalf of the prisoner's fellow inmates); *Wallace v. Smith*, 145 F. App'x 300, 302 (11th Cir. 2005) (per curiam) (citing *Oxendine v. Williams*, 509 F.2d 1405, 1407 (4th Cir. 1975) (finding it "plain error to permit [an] imprisoned litigant who is unassisted by counsel to represent his fellow inmates in a class action") (alteration in original)).

Accordingly, it is **ORDERED**:

1. The complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**. Each Plaintiff may re-file by individually filing his complaint in a new case with a new case number and either paying the full filing fee or submitting an individual motion to proceed *in forma pauperis* with a supporting financial affidavit if he cannot afford to pay the filing fee in its entirety.

2. The motion to proceed *in forma pauperis* (Doc. 2) is **DENIED** as moot.

3. The Clerk is **DIRECTED** to (1) close this case and (2) send to both

Clark and Wright a civil rights complaint form and a motion for leave to proceed *in forma pauperis* form with their copies of this Order.

DONE and ORDERED in Tampa, Florida, on January 6, 2026.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE